# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161454(51)(52)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LESLIE J. MURPHY,
        Plaintiff-Appellant,

v

SAMUEL M. INMAN, III, JOHN F. SMITH,
BERNARD M. GOLDSMITH, WILLIAM O.
GRABE, LAWRENCE DAVID HANSEN,
ANDREAS MAI, JONATHAN YARON, and
ENRICO DIGIROLAMO,
        Defendants-Appellees.
_____/

SC: 161454
COA: 345758
Oakland CC: 2017-159571-CB

      On order of the Chief Justice, the motions of defendants-appellees for immediate consideration and to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before July 22, 2020.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      July 8, 2020               

                                     Clerk